FILED ___ ENTERED ___ RECEIVED ___ SERVED ON COUNSEL/PARTIES OF RECORD

NOV 20 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>             )<br>        Plaintiff,  )<br>             )<br>    v.        )<br>             )  2:12-CR-293-GMN-(PAL)<br>AMER "SUNNY" RAMO,  )<br>             )<br>        Defendant.  ) | |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on November 20, 2012, defendant AMER "SUNNY" RAMO pled guilty to Count One of a Two-Count Criminal Indictment charging him in Count One with Receipt, Possession and Purchase of Contraband Cigarettes in violation of Title 18, United States Code, Section 2342(a). Criminal Indictment, ECF No. 10.

This Court finds defendant AMER "SUNNY" RAMO agreed to the forfeiture of the property set forth in Forfeiture Allegations of the Criminal Indictment and the Bill of Particulars. Criminal Indictment, ECF No. 10; Bill of Particulars, ECF No. 17; Plea Memorandum, ECF No. ___.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between the property set forth in the Forfeiture Allegations of the Criminal Indictment, the Bill of Particulars, and agreed to in the Plea Memorandum and the offense to which defendant AMER "SUNNY" RAMO pled guilty. Criminal Indictment, ECF No. 10; Bill of Particulars, ECF No. 17; Plea Memorandum, ECF No. ___.

. . .

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 2344(c) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853p:

    a) $300.00 in United States Currency;

    b) $750.00 in United States Currency;

    c) 38 cartons of Marlboro Red cigarettes, lot number V123X11B1;

    d) 10 packs of Marlboro Red cigarettes, lot number V123X11B1;

    e) 2 master cases of Marlboro Red cigarettes, lot number V217Y58D2; and

    f) 1 master case of Marlboro Light cigarettes, lot number N258X5002 ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of AMER "SUNNY" RAMO in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

1   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be

2   filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

3   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if

4   any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at

5   the following address at the time of filing:

6       Michael A. Humphreys
        Assistant United States Attorney
7       Daniel D. Hollingsworth
        Assistant United States Attorney
8       Lloyd D. George United States Courthouse
        333 Las Vegas Boulevard South, Suite 5000
9       Las Vegas, Nevada 89101

10  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described

11  herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate

12  agency following publication of notice of seizure and intent to administratively forfeit the above-

13  described property.

14  DATED this ___20___ day of ___NOV___, 2012.

_____
UNITED STATES DISTRICT JUDGE